UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                              :
JUAN ORTEGA,                                  :
                                              :
                        Plaintiff,            :
                                              :          21-CV-10069 (VSB)
            -against-                         :
                                              :          **ORDER**
MYSTERY TACKLE BOX, INC.,                      :
                                              :
                        Defendant.            :
                                              :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on November 24, 2021.  (Doc. 1).  Plaintiff returned a summons

indicating that Defendant was served on December 17, 2021.  (Doc. 5.)  The deadline for

Defendant to respond to Plaintiff's complaint was January 7, 2022.  (*See id.*)  Defendant never

responded to the complaint or appeared in the action.  Plaintiff, however, has taken no action to

prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to

do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no

later than February 4, 2022.  If Plaintiff fails to do so or otherwise demonstrates that he does not

intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of

Civil Procedure 41(b).

SO ORDERED.

Dated:     January 24, 2022
           New York, New York

                                              _____
                                              VERNON S. BRODERICK
                                              United States District Judge