UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
JUAN ORTEGA,                                            :
                                                        :
                                   Plaintiff,           :
                                                        :                   21-cv-10069 (VSB)
                   -against-                             :
                                                        :                   **ORDER**
MYSTERY TACKLE BOX, INC.,                               :
                                                        :
                                   Defendant.           :
--------------------------------------------------------:
                                                        X

VERNON S. BRODERICK, United States District Judge:

        In anticipation of the post-discovery conference scheduled for August 25, 2022, at

3:00PM, it is hereby:

        ORDERED that the parties submit a joint status letter by August 11, 2022, updating the

Court on the status of the case, including but not limited to whether either party intends to file a

dispositive motion and what efforts the parties have made to settle the action.


SO ORDERED.

Dated:  August 5, 2022
        New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge